IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| VINCENT NIGRO | ) |
| | ) |
| v. | ) NO. 3:04-0081 |
| | ) JUDGE CAMPBELL |
| CHARLES G. BLACKARD, III, et al. | ) |

ORDER

Pending before the Court are Defendant Williams' Motion to Dismiss (Docket No. 30) and Defendant Williams' Motion for Summary Judgment (Docket No. 34). For the reasons stated in the accompanying Memorandum, Defendant Williams' Motion for Summary Judgment is GRANTED, and Defendant Williams' Motion to Dismiss is, therefore, DENIED as moot. Plaintiff's claims against Defendant Williams are DISMISSED.

The jury trial as to Defendant Blackard remains set for September 13, 2005, and the pretrial conference is set for September 2, 2005. All previously-ordered pretrial deadlines apply. See Docket No. 12.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE